UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL B. GOULD,

        Plaintiff,

v.

        Case Number 07-11235-BC
        Honorable Thomas L. Ludington

HAMED W. SUFFETY, JR.,
SUSAN K. PRINE,
ROBERT L. KACZMAREK, and
LYNDA L. HEATHSCOTT,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE CASE

This matter is before the Court on a report and recommendation issued by Magistrate Judge Charles E. Binder on May 4, 2007. The magistrate judge recommended that Plaintiff Michael Gould's case be *sua sponte* dismissed with prejudice, because 28 U.S.C. § 1915(e) requires a court to screen civil complaints filed *in forma pauperis* and to dismiss complaints that are frivolous, that fail to state a claim on which relief can be granted, or that seek monetary relief against a defendant who is immune from that relief. *See McGore v. Wrigglesworth*, 114 F.3d 601, 612 (6th Cir. 1997).

Plaintiff has filed no objections to the magistrate judge's report and recommendation. Plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt

#5] is **ADOPTED**.

It is further **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: June 4, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 4, 2007.

s/Tracy A. Jacobs
TRACY A. JACOBS